OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

1/28/2015

GONZALES, JOHN EDWARD   Tr. Ct. No. 959622-B

WR-62,603-04

02 1M
0004279596    JAN 29 2015
$ 00.26⁵
MAILED FROM ZIP CODE 78701

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

JOHN EDWARD GONZALES
DC #1241742
X 77349



